IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ISMAEL MORALES CARDENUS                                              PLAINTIFF

v.                              Civil No.  14-5013

BENTON COUNTY DETENTION
CENTER                                                              DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Ismael M. Cardenus filed this civil rights case pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis.*

By order (Doc. 3) entered on January 9, 2014, Plaintiff was advised that the detention center was not subject to suit under § 1983.  It was also pointed out that his statement of his claim and his claim for relief seemed to be about different claims.  For these reasons, Plaintiff was directed to file an amended complaint by January 28, 2014.  Plaintiff was also directed to file a complete IFP application by that date.  Plaintiff failed to submit a completed inmate account certificate with the IFP application.

When Plaintiff failed to file the amended complaint or the completed IFP application, a report and recommendation was entered (Doc. 5) recommending dismissal of the case.  Plaintiff objected to the report and recommendation noting that he had the complete IFP application but thought it was too late to file it.  He attached the completed inmate account certificate to his objections and this was filed.

The report and recommendation was not adopted (Doc. 8) and the Plaintiff was given until April 7th to file the amended complaint.  On March 25th, mail was returned as

-1-

undeliverable.  Court staff obtained the Plaintiff's current address and on March 26th a change of address was entered (Doc. 9) on his behalf.  All mail returned as undeliverable was resent.

To date the Plaintiff has not filed the amended complaint.  No mail has been returned as undeliverable since the change of address was entered on March 26th.  Plaintiff has not sought an extension of time to file the amended complaint.  He has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice for Plaintiff's failure to obey the order of this Court and his failure to prosecute this action.  Fed. R. Civ.  P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of May 2014.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-