IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ISMAEL MORALES CARDENAS                                                              PLAINTIFF

v.                                 Case No. 5:14-CV-05013

BENTON COUNTY DETENTION CENTER                                                DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 11) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to obey a Court order.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of June, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE